# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DAVID MIRANDA,

      Plaintiff,

v.                                            Case No:  6:24-cv-1412-CEM-LHP

VAN MAX, INC,

      Defendant

---

## ORDER

Before the Court is a Notice of Settlement, filed in this FLSA case by Plaintiff. Doc. No. 19.[1] Based thereon, it is **ORDERED** that on or before **May 2, 2025**, the parties shall file a motion for settlement approval pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). The motion must be supported by a copy of a fully executed settlement agreement. In the motion, the parties shall explain the amount of wages Plaintiff claimed to be owed, whether and to what extent Plaintiff compromised his claims, whether the amount of attorney's fees and costs was agreed upon separately and without regard to the amount Plaintiff agreed

---

[1] Defendant has not made a formal appearance in the case. Plaintiff initially sought default judgment against Defendant, but in lieu of renewing that request, has filed this Notice. *See* Doc. Nos. 15–18.

to accept, and, if not, evidence that the attorney's fees and costs to be paid under the settlement are reasonable. In addition, if the parties have agreed to any additional terms such as a broad or general release, or confidentiality, nondisparagement, or no re-employment provisions, counsel must explain why such provisions do not impact the reasonableness and fairness of the settlement amount.

**DONE** and **ORDERED** in Orlando, Florida on April 18, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties