UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAVID MIRANDA,**

    **Plaintiff,**

    v.                                            Case No. 6:24-cv-1412-CEM-LHP

**VAN MAX, INC,**

    **Defendant,**

_____/

**ORDER**

THIS CAUSE is before the Court on a Renewed Joint Motion for FLSA Settlement Approval ("Motion," Doc. 27). The United States Magistrate Judge issued a Report and Recommendation (Doc. 28), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 28) is **ADOPTED** and made a part of this Order.

2. The Renewed Joint Motion for FLSA Settlement Approval (Doc. 27) is **GRANTED**.

3. The Settlement Agreement (Doc. 27-1) is **APPROVED**.

4. This case is **DISMISSED with prejudice**.

5. The Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 30, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record